Michael D. Nilsen
11300 W. Widgeon Way
Clearlake Oaks, CA 95423
707-245-7001
Pro Se



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Nilsen; | ) CASE NO: CV 17-4175 |
| Plaintiff, | ) |
| vs. | ) |
| JUDGE ANDREW S BLUM et al. | ) PROOF OF SERVICE |
| Defendant. | ) |

Page 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-4175

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SUPERIOR COURT OF CALIFORNIA, COUNTY OF LAKE__
was received by me on *(date)* __07/24/2017__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __BREANNA MEYER-COURT CLERK 12:47pm__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __SUPERIOR COURT OF__
__CALIFORNIA, COUNTY OF LAKE__ on *(date)* __07/24/2017__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/24/2017__

*Server's signature*

__RONALD CUPP__
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-4175

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JUDGE MICHAEL S. LUNAS
was received by me on *(date)*  07/24/2017   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  BREANNA MEYER-COURT CLERK 12:47pm , who is
designated by law to accept service of process on behalf of *(name of organization)*  SUPERIOR COURT OF
CALIFORNIA, COUNTY OF LAKE    on *(date)*  07/24/2017   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:   07/24/2017

*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-4175

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JUDGE ARNOLD M. ROSENFIELD
was received by me on *(date)*  07/24/2017  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  BREANNA MEYER-COURT CLERK 12:47pm , who is
designated by law to accept service of process on behalf of *(name of organization)*  SUPERIOR COURT OF
CALIFORNIA, COUNTY OF LAKE  on *(date)*  07/24/2017  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  07/24/2017

*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-4175

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JUDGE ANDREW S. BLUM
was received by me on *(date)* 07/24/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BREANNA MEYER-COURT CLERK 12:47pm, who is designated by law to accept service of process on behalf of *(name of organization)* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LAKE on *(date)* 07/24/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/24/2017

*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc: