Michael D. Nilsen
11300 W. Widgeon Way
Clearlake Oaks, CA 95423
707-245-7001
Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Nilsen; | ) CASE NO: CV 17-4175 |
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING |
| | ) MOTION FOR PERMISSION FOR |
| vs. | ) ELECTRONIC CASE FILING |
| JUDGE ANDREW S BLUM et al. | ) Case Filed: July 24, 2017 |
| | ) Trial date: Not set |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED. DATED:

Dated: August 24, 2017.

By: _____
United States District Judge