IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL NILSEN,

    Plaintiff,

  v.

JUDGE ANDREW BLUM, *et al.*,

    Defendants.

No. C 17-04175 WHA

**ORDER TO SHOW CAUSE**

On July 27, *pro se* plaintiff Michael Nilsen filed this action. Defendants, Judges Andrew Blum, Arnold Rosenfield, Michael Lunas, and the Superior Court of California, County of Lake moved to dismiss. The motion was served on plaintiffs via first class mail on August 14. Plaintiff's opposition was due on August 28, but plaintiff has not yet filed any opposition. Plaintiff shall file a response to the motion to dismiss by **SEPTEMBER 27**. If he fails to do so, the complaint will be **DISMISSED**.

In the event that plaintiff files a response, defendants shall have until **OCTOBER 3** to file their reply. The hearing on the motion remains unchanged.

**IT IS SO ORDERED.**

Dated: September 25, 2017.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE