IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL NILSEN,

    Plaintiff,

  v.

JUDGE ANDREW BLUM, *et al.*,

    Defendants.

No. C 17-04175 WHA

**ORDER RE AMENDED COMPLAINT**

    On September 21, *pro se* plaintiff Michael Nilsen filed an untimely amended complaint without leave of the Court. Nevertheless, all arguments made in defendants' motion to dismiss still have applicability to the amended complaint. The changes in the amended complaint being insignificant, the hearing on the motion to dismiss will proceed as scheduled, with the arguments in the motion to dismiss applied to the amended complaint.

    As stated in an earlier order, Nilsen shall file a response to the motion to dismiss by **SEPTEMBER 27**. If he fails to do so, the complaint will be **DISMISSED**.

    In the event that plaintiff files a response, defendants shall have until **OCTOBER 3** to file their reply. The hearing on the motion remains unchanged.

**IT IS SO ORDERED.**

Dated: September 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE