IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL NILSEN,

    Plaintiff,

v.

JUDGE ANDREW BLUM, *et al.*,

    Defendants.

No. C 17-04175 WHA

**ORDER DENYING APPEARANCE BY TELEPHONE**

The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone and, therefore, the Court must **DENY** defendants' request.

**IT IS SO ORDERED.**

Dated: September 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE