1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL NILSEN,

        Plaintiff,

    v.

JUDGE ANDREW BLUM, JUDGE
MICHAEL LUNAS, JUDGE ARNOLD
ROSENFIELD, and SUPERIOR COURT OF
CALIFORNIA, COUNTY OF LAKE,

        Defendants.

                           /

No. C 17-04175 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting defendants Judge Andrew

Blum, Judge Michael Lunas, Judge Arnold Rosenfield, and the Superior Court of California,

County of Lake's motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of

defendants, and against plaintiff Michael Nilsen.  The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated:  October 5, 2017.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE